IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TANYA HOUSE AND DWIGHT SOLOMON | * | |
| | * | |
| Plaintiffs | * | CASE NO. 16-cv-11054 |
| | * | |
| v. | * | Judge Elaine E. Bucklo |
| | * | |
| SECURITY WALLS, LLC AND | * | Magistrate Judge Susan E. Cox |
| JUANITA WALLS | * | |
| Defendants | * | |
| | * | |

**DEFENDANTS SECURITY WALLS, LLC AND JUANITA WALLS PARTIAL MOTION FOR SUMMARY JUDGMENT DISMISSING COUNTS II AND III OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Security Walls and Juanita Walls respectfully ask the Court to grant summary judgment dismissing with prejudice Counts II and III of the Second Amended Complaint filed by Plaintiffs Tanya House ("House") and Plaintiff Dwight Solomon ("Solomon") (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6) for the reasons set forth below and in the concomitant Memorandum. The issues herein have previously been brought before this Court in this case wherein the Counts II and III of the Second Amended Complaint were dismissed.[1]

---

[1] Doc. No. 20 – Motion to Dismiss for Failure to State a Claim (by then Defendant Argonne National Laboratory, UChicago Argonne, LLC); Doc No. 21 – Notice of Motion; Doc No. 22 – Memorandum; Doc. No. 32 – Response by Plaintiffs; Doc. No. 33 – Minute entry granting partial motion to dismiss Counts II and III as unopposed.

This Motion is brought to assure that Counts II and III of the Second Amended Complaint are dismissed to Defendants Security Walls, LLC and Juanita Walls.

Further, Defendants acknowledge and give attribution to attorneys for UChicago Argonne LLC, from which Defendants incorporate their assertions and argument.

`

1. The facts as presented are not in dispute. On June 11, 2015 both Plaintiffs House and Solomon filed separate Charges of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), alleging race discrimination.

2. On August 31, 2016, and September 7, 2016, the EEOC dismissed House and Solomon's charges, respectively, and issued Notices of Right to Sue. See Group Exhibit 1 (Solomon EEOC Charge, House EEOC Charge and Notices of Right to Sue).

3. On February 6, 2017, Plaintiffs served the Second Amended Complaint on Defendants, in which they assert claims for race discrimination under Title VII (Count I), retaliation pursuant to Title VII and the ADEA (Count II), and Hostile Work environment (Count III).

4. Counts II and III for retaliation and hostile work environment, respectively, are subject to dismissal pursuant to Rule 12(b)(6) inasmuch as both exceed the scope of the EEOC Charges filed by Plaintiffs.

5. Plaintiffs made no mention of retaliation or hostile work environment in their respective EEOC charges, neither Plaintiffs' retaliation claims nor their hostile work environment claims can be brought in the instant litigation, and both are subject to dismissal pursuant to Rule 12(b)(6).

WHERFORE, Defendants respectfully request this Court to dismiss Counts II and III of the Second Amended Complaint with prejudice and do whatever is just.

Respectfully submitted,
/s/
Milton D. Jones
Attorney for Defendants
Georgia Bar No. 402541
PO Box 503
Morrow, Georgia 30260
770 899 8486

miltondjones@comcast.net

.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TANYA HOUSE AND DWIGHT SOLOMON     *

           Plaintiffs             *     CASE NO. 16-cv-11054

v.                                    *     Judge Elaine E. Bucklo

SECURITY WALLS, LLC AND            *     Magistrate Judge Susan E. Cox
JUANITA WALLS                    *
         Defendants          *
---------------------------------------------------------- *

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO DISMISS COUNTS II AND III OF PLAINTIFFS' SECOND AMENDED COMPLAINT

**I.**     **STANDARD OF REVIEW**

Fed. R. Civ. P. 12(b)(6) mandates dismissal of a complaint that fails to state a claim upon which relief can be granted. In the instant matter, the facts are not in dispute. In their EEOC Charges, Plaintiffs each assert only one claim, that of race discrimination. A Title VII or ADEA plaintiff cannot bring claims in a lawsuit that were not included in their EEOC charge and such claims are subject to dismissal. See e.g. *Askew v. Waukegan Pub. Sch. Dist.* 60, 767 F. Supp. 2d 923, 931 (N.D. Ill. 2011).

**II.**     **CONCLUSION**

For the foregoing reasons and as required by Fed. R. Civ. P. 12(b)(6), the Court should dismiss Counts II and III of Plaintiff's Second Amended Complaint as to Defendants and do whatever is just.

Respectfully submitted
/s/
Milton D. Jones
Attorney for Defendants

Georgia Bar No. 402541
PO Box 503
Morrow, Georgia 30260
770 899 8486
miltondjones@comcast.net

# GROUP EXHIBIT 1

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **440-2015-04103** |

| **Illinois Department Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Dwight Solomon** | **(708) 596-6144** | **11-27-1953** |

| Street Address | City, State and ZIP Code |
|---|---|
| **16545 Woodlawn West, South Holland, IL 60473** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ARGONNE NATIONAL LABORATORY** | **500 or More** | **(630) 252-6252** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9700 South Cass Ave, Argonne, IL 60439** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest  Latest  **08-05-2014** |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was assigned to work at Respondent by my employer on or about November 11, 2003. My most recent position was Sergeant. On or about August 5, 2014, I was discharged.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC

JUN 1 1 2015

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6/11/2015    *Dwight Solomon*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2015-04102 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Tanya House** | **(773) 980-4596** | **10-01-1962** |

| Street Address | City, State and ZIP Code |
|---|---|
| **63 East 56th Street, Chicago, IL 60637** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **ARGONNE NATIONAL LABORATORY** | **500 or More** | **(630) 252-6252** |

| Street Address | City, State and ZIP Code |
|---|---|
| **9700 South Cass Ave, Argonne, IL 60439** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
**08-05-2014**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about December 1, 2012. My most recent position was Lieutenant. On or about August 5, 2014, I was discharged.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
JUN 1 1 2015

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6/11/2015 _____ /s/ _____<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tanya House<br>c/o: Vincenzo Field, Esq.<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| **EEOC Charge No.** | **EEOC Representative** | **Telephone No.** |
| 440-2015-04102 | Michael Solomon,<br>Investigator | (312) 869-8097 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Julianne Bowman_

Julianne Bowman,
District Director

8/31/16

(Date Mailed)

Enclosures(s)

cc:     ARGONNE NATIONAL LABORATORY
        c/o: Daniel J. Raker
        Senior Attorney, Legal Department
        Argonne National Laboratory
        9700 South Cass Avenue, Bldg. 201
        Argonne, IL 60439

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Dwight Solomon**
c/o: Vincenzo Field, Esq.
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-04103 | **Michael Solomon,** Investigator | (312) 869-8097 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Julianne Bowman,
District Director

9-7-16
(Date Mailed)

Enclosures(s)

cc: **ARGONNE NATIONAL LABORATORY**
c/o: Daniel J. Raker
Senior Attorney, Legal Department
Argonne National Laboratory
9700 South Cass Avenue, Bldg. 201
Argonne, IL 60439

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the

foregoing DEFENDANTS SECURITY WALLS, LLC AND JUANITA WALLS

PARTIAL MOTION FOR SUMMARY JUDGMENT DISMISSING COUNTS II AND

III OF PLAINTIFFS' SECOND AMENDED COMPLAINT with MEMORANDUM to

be filed with the Clerk of the Court using the CM/ECF system which will send

notification to the following counsel of record this 1st day of May 2018.

> Vincenzo Field
> Loevy & Loevy
> 311 North Aberdeen, 3rd Floor
> Chicago, IL 60607

/s/ Milton D. Jones